UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jermaine Lamont Hale                                            Docket No. 4:17-CR-18-1M

### Petition for Action on Supervised Release

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jermaine Lamont Hale, who, upon earlier plea of guilty to Possession With Intent to Distribute a Quantity of Cocaine, a Quantity of Cocaine Base, and a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(i), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 10, 2020, to the custody of the Bureau of Prisons for a term of 77 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jermaine Lamont Hale was released from custody on August 13, 2024, at which time the term of supervised release commenced.

On December 4, 2024, the case was re-assigned to the honorable Richard E. Myers II, United Stated District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 3, 2024, the defendant was charged with the offense of Resisting Public Officer in Halifax County, North Carolina (24CR469920). This matter is currently pending. The defendant was verbally reprimanded for committing new criminal conduct and associating with a known felon, Derrick Marquette Newell. As a sanction for the violation conduct, the defendant has agreed to participate in a cognitive behavioral program and wishes to prove himself to the court by completing the same. He has also agreed to have no further contact with Mr. Newell.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.
2. The defendant shall have no contact with Derrick Marquette Newell.

Except as herein modified, the judgment shall remain in full force and effect.

Jermaine Lamont Hale
Docket No. 4:17-CR-18-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: December 10, 2024

**ORDER OF THE COURT**

Considered and ordered this 11th day of December, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge