IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CR-18-1M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JERMAINE LAMONT HALE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court for preliminary examination of the motion for revocation of Defendant's supervised release filed with the court on April 22, 2025, and for hearing on the government's oral motion to detain Defendant pursuant to 18 U.S.C. § 3143 and Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure. A hearing was held in this matter on June 9, 2025, at which Defendant appeared and was represented by counsel.

At the hearing, the court orally stated findings and conclusions, all of which are hereby incorporated by reference. The court restates in writing the following findings and conclusions of the court:

1. That probable cause exists to believe that Defendant violated the terms of supervised release by engaging in criminal conduct and by associating with a known felon; and

2. That Defendant has failed to establish by clear and convincing evidence that he is not likely to pose a danger to the safety of the community if released. The

court's determination in this regard is based upon the following factors or reasons: the nature and circumstances of the alleged violations; Defendant's prior criminal history; Defendant's history of weapons use; the lack of a suitable release plan; and any other findings or reasons stated in open court.

Accordingly, the court hereby ORDERS that Defendant be committed to the custody of the Attorney General or a designated representative to be detained pursuant to 18 U.S.C. § 3143(a)(1) pending his revocation hearing.

This 12th day of June 2025.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge